```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    James J.S. Holmes (No.126779)
 2  Matthew A. Fischer (No. 191451)
    One Market Plaza
 3  Steuart Tower, 8th Floor
    San Francisco, CA  94105
 4  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
 5  james.holmes@sdma.com
    matthew.fischer@sdma.com
 6
 7  Attorneys for Defendant
    CLOSED LOOP MARKETING, LLC dba CLM
 8
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOSED LOOP MARKETING, INC., A California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CLOSED LOOP MARKETING, LLC, doing business as CLOSED LOOP MARKETING & ADVERTISING; An Idaho Limited Liability Corporation; and DOES 1 through 10, Inclusive.<br><br>　　　　　Defendants. | CASE NO. 2:08-cv-01500-LKK-DAD<br><br>**ORDER GRANTING EX PARTE APPLICATION OF CLM, LLC FOR AN ORDER COORDINATING THE HEARING DATES OF DEFENDANT'S 12(b)(6) MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:　　Hon. Lawrence K. Karlton<br>Courtroom:　4 |

PDF created with pdfFactory trial version www.pdffactory.com

     Having considered the Ex Parte Application of Defendant Closed Loop Marketing, LLC d/b/a CLM, LLC for an order extending the hearing date for Plaintiff's motion for preliminary injunction to November 3, 2008, in order to coordinate Plaintiff's motion with Defendant's motion to dismiss, it is hereby ORDERED that Defendant's Ex Parte Application is GRANTED.  The hearing date for Plaintiff's motion for preliminary injunction shall be extended to November 3, 2008 at 10:00 a.m. and heard in conjunction with Defendant's motion to dismiss, which shall be scheduled for the same date and time.

     **IT IS SO ORDERED.**

Dated: _September 12, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-    NO. 2:08cv-01500-LKK-DAD
ORDER GRANTING EX PARTE APPLIC. FOR ORDER COORDINATING HRG DATES OF PARTIES' MOTIONS

PDF created with pdfFactory trial version www.pdffactory.com